**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIRVANA, L.L.C.,<br><br>      Plaintiff,<br><br>      v.<br><br>FAMILY-CLOUD, et al.,<br><br>      Defendants. | Case No. 21-cv-01986<br><br>**Judge Robert M. Dow, Jr.**<br><br>**Magistrate Judge Susan E. Cox** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 15, 2021 [54], in favor of Plaintiff Nirvana, L.L.C. ("Plaintiff" or "Nirvana") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) of trademark statutory damages per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| VICCKI | 66 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 15th day of October 2021.	Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Nirvana, L.L.C.*